No. 21-13774-J

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

IN RE: AMERICA-CV STATION GROUP, INC., ET AL,

EMILIO BRAUN, RAMON DIEZ BARROSO, & PEGASO
TELEVISION CORP.
*Appellants*

v.

AMERICA-CV STATION GROUP, INC., *ET AL*,

*Appellees*

**APPELLANTS' MOTION FOR LEAVE TO BRING
ELECTRONIC DEVICES FOR USE AT ORAL
ARGUMENT ON WEDNESDAY, SEPTEMBER 14, 2022**

Phillip M. Hudson, III
Morgan L. Swing
DUANE MORRIS LLP
201 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131
(305) 960-2200

John J. Soroko
Robert M. Palumbos
Malcolm M. Bates
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000

*Counsel for Appellants*

DM3\9014100.1

*Braun v. America-CV Station Group, Inc.*
Appeal No. 21-13774-J

# APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rules 26.1-1 and 28-1(b) of the Rules of the Eleventh Circuit, Appellants Emilio Braun, Ramon Diez Barroso, and Pegaso Television Corp. (collectively, "Appellants"), through their undersigned counsel, hereby disclose the following:

(a) The name of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the above-captioned appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party; and

(b) each debtor, the members of the creditor's committee, any entity which is an active participant in the proceedings, and other entities whose stock or equity value may be substantially affected by the outcome of the proceedings:

1. America-CV Network, LLC (Debtor-Appellee)

2. America-CV Station Group, Inc. (Debtor-Appellee)

3. Barroso, Ramon Diez (Appellant)

C-1

*Braun v. America-CV Station Group, Inc.*
Appeal No. 21-13774-J

4.     Braun, Emilio (Appellant)

5.     Burillo, Alejandro (Majority owner of Grupo Colte, SA de

CV)

6.     Caribevision Holdings, Inc. (Debtor-Appellee)

7.     Caribevision TV Network, LLC (Debtor-Appellee)

8.     Cristol, A. Jay (U.S. Bankruptcy Court Judge)

9.     Duane Morris LLP (Attorneys for Appellants)

10.    Gayles, Darrin P. (U.S. District Court Judge)

11.    Genovese, Joblove & Battista, P.A. (Attorneys for Debtor-

Appellees)

12.    Grupo Colte, SA de CV (Majority owner of Appellant Pegaso

Television Corp.)

13.    Pegaso Television Corp. (Appellant)

14.    Top Products Investments, Inc. (Sole member of Vasallo TV

Group, LLC)

15.    Vasallo, Carlos (Debtor-Appellees' Director and Corporate

Officer; Sole owner of Top Products Investments, Inc.)

DM3\9014100.1

*Braun v. America-CV Station Group, Inc.*
Appeal No. 21-13774-J

16.    Vasallo TV Group, LLC (Sole shareholder of Debtor-

Appellees America-CV Station Group, Inc. and Caribevision Holdings,

Inc.)

Appellants certify that, to the best of their knowledge, no publicly

traded company or corporation has an interest in the outcome of this case

or appeal.

## CORPORATE DISCLOSURE STATEMENT

17.    Appellant Pegaso Television Corp. is a non-governmental

corporate party.

18.    Grupo Colte, SA de CV, a Mexican company, owns more than

75% of Pegaso Television Corp.

19.    Grupo Colte, SA de CV is owned 99.9% by Alejandro Burillo,

an individual. As such, there is no publicly held corporation that owns

10% or more of its stock.


[*Remainder of Page Intentionally Left Blank*]

DM3\9014100.1

*Braun v. America-CV Station Group, Inc.*
Appeal No. 21-13774-J

Dated: September 8, 2022

Respectfully submitted,

/s/ Robert M. Palumbos
Phillip M. Hudson, III
Morgan L. Swing
DUANE MORRIS LLP
201 S. Biscayne Blvd.
Suite 3400
(305) 960-2200

and

John J. Soroko
Robert M. Palumbos
Malcolm M. Bates
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000

*Counsel for Appellants*

DM3\9014100.1

Appellants, Emilio Braun, Ramon Diez Barroso, & Pegaso Television Corp. (the "Pegaso Equity Holders"), respectfully move this Court for an Order allowing their counsel, Robert M. Palumbos, to bring electronic devices into the James Lawrence King Courthouse for the oral argument session on Wednesday, September 14, 2022, and to use those devices as necessary during oral argument. Specifically, counsel requests the Court's permission to bring in the following items:

     (1)    Smartphone

     (2)    iPad

     (3)    Laptop computer

The appendices in this case are voluminous. Counsel therefore seeks leave to have electronic devices that would permit him to access a searchable electronic copy of the record and cited case law during argument.

Accordingly, counsel respectfully requests that the Court grant this motion and permit counsel to bring the above-referenced electronic devices into the Courtroom on September 14, 2022, and to use those devices at counsel table during argument.

[*Signature Page Follows*]

1

Dated: September 8, 2022

Respectfully submitted,

/s/ Robert M. Palumbos
Phillip M. Hudson, III
Morgan L. Swing
DUANE MORRIS LLP
201 S. Biscayne Blvd.
Suite 3400
(305) 960-2200

and

John J. Soroko
Robert M. Palumbos
Malcolm M. Bates
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000

*Counsel for Appellants*

2

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this motion complies with the page limitation set forth in Federal Rule of Appellate Procedure 27(d)(2) because, excluding the materials properly excluded by Rule 32(f), this document contains 146 words. This motion also complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6), as this motion has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook, 14 point font.

*/s/ Robert M. Palumbos*
Robert M. Palumbos

# <u>CERTIFICATE OF SERVICE</u>

I, Robert M. Palumbos, hereby certify that a true and complete copy of the foregoing Motion For Leave To Bring Electronic Devices For Use At Oral Argument on Wednesday, September 14, 2022 was served on September 8, 2022, upon counsel of record/counsel listed below via the Court's e-filing system in accordance with Federal Rule of Appellate Procedure 25(b), (d).

**Genovese Joblove & Battista, P.A.**
W. Barry Blum (Florida Bar. No. 379301)
Email: bblum@gjb-law.com
Paul J. Battista, Esq. (Florida Bar No. 884162)
Email: pbattista@gjb-law.com
100 SE 2nd Street, Suite 4400
Miami FL 33131
Telephone: (305) 349-2300
Facsimile (305) 349-2310

*Attorneys for Appellees*


*/s/ Robert M. Palumbos*
Robert M. Palumbos

DM3\9014100.1