IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13774-X

_____

EMILIO BRAUN,
RAMON DIEZ BARROSO,
PEGASO TELEVISION CORP.,

                                            Plaintiffs - Appellants,

versus

AMERICA-CV STATION GROUP, INC.,
AMERICACV NETWORK, LLC.,
CARIBEVISION HOLDINGS, INC.,
CARIBEVISION TV NETWORK, LLC., et al.,

                                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

    Appellants' motion for permission for counsel Robert Palumbus to use electronic devices During oral argument is  GRANTED.

                                                       /s/ William H. Pryor Jr.
                                                       CHIEF JUDGE